# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2021

162504

JOSEPH TRICKEY,
      Plaintiff-Appellee,

v

ALTON LEWIS and ALLSTATE PROPERTY &
CASUALTY INSURANCE COMPANY,
      Defendants,

and

LINWOOD CHEVROLET, LLC, a/k/a
GARBER LINWOOD CHEVROLET,
      Defendant-Appellant.

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC:  162504
COA:  354530
Genesee CC:  19-113107-NI

_____/

On order of the Court, the application for leave to appeal the November 4, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2021



a0519

Clerk